IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SONJA K. SKAGGS,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Civ. No. 3:16-cv-01810-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although no objections have been filed, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 22) is adopted. The Commissioner's decision is reversed and the case is remanded for further proceedings.

IT IS SO ORDERED.

    DATED this 4th day of April, 2018.

                                          /s/ Michael J. McShane
                                            Michael McShane
                                         United States District Judge